UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01291-MWC-SHK | Date: | December 16, 2024 |
| Title: | *Jeremy Antione Thompson v. San Bernardino Sheriff Department, et al.* | | |

Present: The Honorable  Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DIMISSED

On September 25, 2024, the Court issued its Order Re: Service of Complaint ("Service Order"). Electronic Case Filing Number ("ECF No") 13, Service Order. Plaintiff Jeremy Antione Thompson ("Plaintiff") was authorized to serve the Complaint utilizing the Marshals Service on Defendants San Bernardino Sheriff Department in their official capacity, Deputy Ne Grom and Deputy Acosta in their individual and official capacities ("Defendants"). Id. at 2. Plaintiff was ordered to provide a Notice of Submission and all necessary documents including the USM-285 forms in which the addresses for each defendant must be provided to the United States Marshals to complete service. Id. To date, the Court has not received the required documents from Plaintiff to complete service. The Court warned Plaintiff in the Service Order that "[i]f Plaintiff does not submit the completed USM-285 forms and file the Notice of Submission **by October 30, 2024** this action will be subject to dismissal without prejudice for Plaintiff's failure to comply with the court's order and/or Plaintiff's failure to prosecute." Id. (emphasis in original).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why the Court should not dismiss his claims against Defendants for failure to serve and/or failure to prosecute. If Plaintiff wishes to proceed with this lawsuit against these Defendants, Plaintiff must, **within fourteen (14) days of the date of this Order**: (1) complete the USM-285 forms, which are attached to this Order, in detail and file the completed forms with the Clerk of Court along with a Notice of Submission, which is also attached to this Order; or (2) show cause in writing why this action should not be dismissed for failure to serve and/or failure to prosecute. The Clerk is ordered to provide Plaintiff with blank USM-285 forms.

      Alternatively, Plaintiff may request to voluntarily dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a), with respect to Defendants. The Clerk of Court is directed to mail Plaintiff a blank Notice of Dismissal Form, which the Court encourages Plaintiff to use.

      **The Court warns Plaintiff that the Court will deem his failure to timely file a response to this Order as consent to the dismissal of this action without prejudice with respect to Defendants.**

      **IT IS SO ORDERED.**