JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ANTIONE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SAN BERNARDINO SHERRIFF DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01291-AH-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: JANUARY 24, 2025

_____
HONORABLE ANNE HWANG
United States District Judge